

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2022

No. 04-21-00586-CV

Hamzah **ANJUM**,
Appellant

v.

Zeenat **SHAMS-UL-QAMAR**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-24053
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellee's brief was originally due by July 7, 2022. On July 5, 2022, appellee filed a motion requesting a sixty-day extension of time to file his brief. On July 11, 2022, we granted appellee's motion and ordered appellee to file his brief by September 6, 2022. On September 2, 2022, appellee filed a motion requesting a ninety-day extension of time. After consideration, we **grant in part** appellee's motion and **order** appellee to file his brief **by October 6, 2022.** Appellee is advised if a brief is not filed, we may set this case at issue without an appellee's brief.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court